**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 577-3029
Fax: (702) 577-3029
**ERIN S. NORGAARD, ESQ.**
Washington Bar No. 32789
E-mail: enorgaard@hkm.com
*Pro Hac Vice Admission Pending*
**ARTUR DAVIS, ESQ.**
Alabama Bar No. 3672D-56A
Email: adavis@hkm.com
*Pro Hac Vice Admission Pending*
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEARICA HAMBY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WNBA, LLC and LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES,<br><br>Defendant. | **CASE NO.: 2:24-cv-1474**<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1-1 the undersigned counsel of record for Plaintiff DEARICA HAMBY by and through her attorneys, Dana Sniegocki., Esq. of HKM Employment Attorneys LLP, certify that the following have a direct, pecuniary interest in the outcome of this case.

1. DEARICA HAMBY, an Individual;

2. WNBA, LLC, a foreign limited liability company;

3. LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES, foreign limited partnership.

/ / /

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 12th day of August.

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Dana Sniegocki*
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**ERIN S. NORGAARD, ESQ.**
Washington Bar No. 32789
E-mail: enorgaard@hkm.com
*Pro Hac Vice Admission Pending*
**ARTUR DAVIS, ESQ.**
Alabama Bar No. 3672D-56A
Email: adavis@hkm.com
*Pro Hac Vice Admission Pending*
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorney for Plaintiff*