**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Dearica Hamby

        Plaintiff(s),

vs.

WNBA LLC and Las Vegas Basketball L.P, d/b/a Las Vegas Aces

        Defendant(s).

Case # 2:24-cv-1474

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Artur Davis_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

HKM Employment Attorneys
(firm name)

with offices at ____2024 3rd Avenue N Suite 212____,
(street address)

____Birmingham____, ____Alabama____ ▼ , ____35203____,
(city) (state) (zip code)

____205-881-0935____ , ____adavis@hkm.com____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Dearica Hamby____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Doc ID: 331d5866363d621ec7f947e132df59cd5aab37a3

3. That since _____1993_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  Alabama
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Alabama | 2021 (reactivated) | 3672-D56A |
| Middle District of Alabama | 2021 (reactivated) | 3672-D56A |
| Southern District of Alabama | 2021 (reactivated) | 3672-D56A |
| Eleventh Circuit Court of Appeals | 2021 (reactivated) | 372-D56A |
| District of Columbia | 2021 | 1003496 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State " none" if Petitioner has no disciplinary proceedings, etc.) None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Alabama, District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

Doc ID: 331d5866363d621ec7f947e132df59cd5aab37a3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ~~Alabama~~ G.A )
                         )
COUNTY OF ~~Jefferson~~ Fulton )

_____Artur Davis_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__12__ day of __August__, __2024__.

_____
Notary Public or Clerk of Court

[Notary seal: STANNY ZAW, NOTARY PUBLIC, EXP. Aug. 04 2025, CLARKE COUNTY, GA]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Dana Sniegocki_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____101 Convention Center Dr,m Suite 600_____,
(street address)

_____Las Vegas_____, _____Nevada_____, __89109__,
(city)                      (state)                (zip code)

_____702-577-3029_____, _____dsniegocki@hkm.com_____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Dana Sniegocki_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Dearica Hamby
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11715                 dsniegocki@hkm.com
Bar number            Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Doc ID: 331d5866363d621ec7f947e132df59cd5aab37a3

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



MEMORANDUM

To: Office of Admissions / Bar Examiners

From: Regulatory Office, Alabama State Bar

Date: January 25, 2021

Re: Artur Genestre Davis

For your records we are providing the following information regarding the application filed by the above-named attorney to sit for the Alabama State Bar Examination.

As of May 1, 2000, the Alabama State Bar no longer provides copies of bar applications, law student applications, or other contents of the attorneys file. Nor do we provide exam results (except the MPRE score under special circumstances). The following information is provided for your information in reference to their bar exam application:

> Date application filed:     March 1, 1994
>
> Application Type:          Admitted by Examination*
>                            (see MPRE notation below)
>
> Date of Admission:         September 30, 1994

{*Since March 31, 1980, admission to the Bar has included the requirement that an applicant achieve a satisfactory minimum score on the Multistate Professional Responsibility Examination (the "MPRE") in order to be admitted to practice. The satisfactory minimum score for admission was set at 75 on March 1, 1982.}

A Certificate of Good Standing is included for your records.

If you have any further questions, please contact our office.

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



*STATE OF ALABAMA*

*COUNTY OF MONTGOMERY*

I, Justin C. Aday, Acting Secretary of the Alabama State Bar and custodian of its records, hereby certify that Artur Genestre Davis has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Artur Genestre Davis was admitted to the Alabama State Bar September 30, 1994.

I further certify that the said Artur Genestre Davis is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2021.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 25th day of January, 2021.

_____
Justin C. Aday, Acting Secretary



P: 334-269-1515          F: 334-261-6310          ALABAR.ORG

Doc ID: 331d5866363d621ec7f947e132df59cd5aab37a3