1  **DANA SNIEGOCKI, ESQ.**
   Nevada Bar No. 11715
2  E-mail: dsniegocki@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
3  101 Convention Center Drive, Suite 600
   Las Vegas, NV 89109
4  Tel: (702) 577-3029
   Fax: (702) 577-3029
5
   **ERIN S. NORGAARD, ESQ.**
6  Washington Bar No. 32789
   E-mail: enorgaard@hkm.com
7  **HKM EMPLOYMENT ATTORNEYS LLP**
   600 Stewart Street, Suite 901
8  Seattle, WA 98101
   Tel: (806) 826-5360
9  Fax: (806) 826-5360
   *Admitted Pro Hac Vice*
10
   **ARTUR DAVIS, ESQ.**
11 Alabama Bar No. 3672D-56A
   Email: adavis@hkm.com
12 **HKM EMPLOYMENT ATTORNEYS LLP**
   2024 3rd Avenue North, Suite 212
13 Birmingham, AL 35203
   Tel: (404) 220-9165
14 Fax: (404) 220-9165
   *Admitted Pro Hac Vice*
15
   *Attorneys for Plaintiff*
16

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| DEARICA HAMBY, an Individual, | |
|---|---|
| Plaintiff, | **CASE NO.: 2:24-cv-01474-APG-DJA** |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS AND DEFENDANTS' REPLIES (ECF NO. 12 & NO. 14)** |
| WNBA, LLC and LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES, | |
| Defendants. | **(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-2(b), Plaintiff Dearica Hamby ("Plaintiff"), Defendant WNBA, LLC, and Defendant LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES (collectively "Defendants"), by and through their respective counsel of record, hereby request and stipulate to an extension of time for Plaintiff to file her responses to Defendants' respective Motions to Dismiss ("Motions") (ECF No. 12 & No. 14), which were filed on September 11, 2024, and for Defendants to each file their replies in support of the Motions.

Plaintiff's responses to Defendants' Motions are currently due September 25, 2024. The Parties request a two-week extension up to and including October 9, 2024 for Plaintiff to file her responses, and an additional one-week extension up to and including October 23, 2024 for Defendants to each file their replies in support of the Motions.

Plaintiff requests such extension to accommodate the schedule of her counsel, who are currently facing impending deadlines in other litigation matters, including post-trial briefing and pre-scheduled depositions. Defendant WNBA requests a brief extension to the reply deadline to allow defense counsel adequate time to review and to prepare its reply to Plaintiff's response. Similarly, the Aces request a brief extension to the reply deadline to accommodate scheduling conflicts in light of Plaintiff's extended opposition deadline. Accordingly, this request is made in good faith and not for the purpose of delay.

This is the first request for an extension of time to extend the briefing schedule regarding Defendants' respective Motions to Dismiss.

Dated this 17th day of September 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

1       **IT IS SO STIPULATED.**

**HKM EMPLOYMENT ATTORNEYS LLP**

/s/ *Dana Sniegocki*
**Dana Sniegocki, Esq.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**Erin S. Norgaard, Esq.**
Washington Bar No. 32789 (*Admitted Pro Hac Vice*)
E-mail: enorgaard@hkm.com
**Artur Davis, Esq.**
Alabama Bar No. 3672D-56A (*Admitted Pro Hac Vice*)
Email: adavis@hkm.com
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorney for Plaintiff*

**PROSKAUER ROSE LLP**

/s/ *Marian L. Massey*
Elise M. Bloom (*Admitted Pro Hac Vice*)
Michelle A. Annese (*Admitted Pro Hac Vice*)
Jordan B. Glassberg (*Admitted Pro Hac Vice*)
Eleven Times Square
New York, New York 10036-8299
Tel.: (212) 969-3000
Fax: (212) 969-2900
ebloom@proskauer.com
mannese@proskauer.com
jglassberg@proskauer.com

    -- and --

Ismail Amin, Esq. (9343)
Marian L. Massey (14579)
5852 S. Durango Dr., Suite 105
Las Vegas, Nevada 89113
TALG, NV, Ltd.
Tel.: (702) 954-3861

**HOLLAND & HART LLP**

/s/ *Erica C. Medley*
Gregory S. Gilbert, Esq. (6310)
Dora V. Lane, Esq. (8424)
Erica C. Medley, Esq. (13959)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
gsgilbert@hollandhart.com
dlane@hollandhart.com
ecmedley@hollandhart.com
*Attorneys for Defendant Las Vegas Basketball, L.P.*

Page **3** of **4**

1  Fax.: (949) 266-8406
2  iamin@talglaw.com
   mmassey@talglaw.com
3
   *Attorneys for Defendant WNBA, LLC*
4

5

6                                           **IT IS SO ORDERED:**

7                                           _____

8                                           UNITED STATES DISTRICT JUDGE
                                            CASE NO.: 2:24-cv-01474-APG-DJA
9                                           DATED: September 18, 2024

10

11  32876041_v1

12

Page **4** of **4**