**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, NV 89109
Tel: (702) 577-3029
Fax: (702) 577-3029

**ERIN S. NORGAARD, ESQ.**
Washington Bar No. 32789
E-mail: enorgaard@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (806) 826-5360
Fax: (806) 826-5360
*Admitted Pro Hac Vice*

**ARTUR DAVIS, ESQ.**
Alabama Bar No. 3672D-56A
Email: adavis@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
2024 3rd Avenue North, Suite 212
Birmingham, AL 35203
Tel: (404) 220-9165
Fax: (404) 220-9165
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEARICA HAMBY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WNBA, LLC and LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES,<br><br>Defendants. | **CASE NO.: 2:24-cv-01474-APG-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS AND DEFENDANTS' REPLIES (ECF NO. 12 & NO. 14)**<br><br>**(SECOND REQUEST)** |

Page **1** of **4**

1    Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-2(b), Plaintiff Dearica Hamby ("Plaintiff"), Defendant WNBA, LLC, and Defendant LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES (collectively "Defendants"), by and through their respective counsel of record, hereby request and stipulate to an extension of time for Plaintiff to file her responses to Defendants' respective Motions to Dismiss ("Motions") (ECF No. 12 & No. 14), which were filed on September 11, 2024, and for Defendants to each file their replies in support of the Motions.

The Court previously granted Plaintiff a two-week extension to file her responses to Defendants' pending motions and granted Defendants a one-week extension to file their respective replies. ECF. No. 24. Pursuant to that order, Plaintiff's responses to Defendants' Motions are currently due October 9, 2024, and Defendants' replies are due on October 23, 2024.

The Parties request a seven (7) day extension up to and including **October 16, 2024** for Plaintiff to file her responses, and an additional seven (7) day extension up to and including **October 30, 2024** for Defendants to each file their replies in support of the Motions.

Plaintiff requests an additional one week extension to accommodate the schedule of her counsel, who are currently facing impending deadlines in other litigation matters, and one of whom is scheduled for a surgical procedure the week of October 7, 2024.

Defendant WNBA requests a brief extension to the reply deadline to allow defense counsel adequate time to review and to prepare its reply to Plaintiff's response. Similarly, the Aces request a brief extension to the reply deadline to accommodate scheduling conflicts in light of Plaintiff's extended opposition deadline. Accordingly, this request is made in good faith and not for the purpose of delay.

This is the second request for an extension of time to extend the briefing schedule regarding Defendants' respective Motions to Dismiss.

Dated this 30th day of September 2024.

**IT IS SO STIPULATED.**

| **HKM EMPLOYMENT ATTORNEYS LLP** | **HOLLAND & HART LLP** |
|---|---|
| /s/ *Dana Sniegocki* | /s/ *Dora V. Lane* |
| **Dana Sniegocki, Esq.** | Gregory S. Gilbert, Esq. (6310) |
| Nevada Bar No. 11715 | Dora V. Lane, Esq. (8424) |
| E-mail: dsniegocki@hkm.com | Erica C. Medley, Esq. (13959) |
| **Erin S. Norgaard, Esq.** | 9555 Hillwood Drive, 2nd Floor |
| Washington Bar No. 32789 (*Admitted Pro Hac Vice*) | Las Vegas, NV 89134 |
| E-mail: enorgaard@hkm.com | Phone: 702.669.4600 |
| **Artur Davis, Esq.** | Fax: 702.669.4650 |
| Alabama Bar No. 3672D-56A (*Admitted Pro Hac Vice*) | gsgilbert@hollandhart.com |
|  | dlane@hollandhart.com |
| Email: adavis@hkm.com | ecmedley@hollandhart.com |
| 101 Convention Center Dr., Suite 600 | *Attorneys for Defendant Las Vegas Basketball, L.P.* |
| Las Vegas, Nevada 89109 |  |
| Tel: (702) 805-8340 |  |
| Fax: (702) 805-8340 |  |
| *Attorney for Plaintiff* |  |

**PROSKAUER ROSE LLP**

*/s/ Michelle A. Annese*
Elise M. Bloom (*Admitted Pro Hac Vice*)
Michelle A. Annese (*Admitted Pro Hac Vice*)
Jordan B. Glassberg (*Admitted Pro Hac Vice*)
Eleven Times Square
New York, New York 10036-8299
Tel.: (212) 969-3000
Fax: (212) 969-2900
ebloom@proskauer.com
mannese@proskauer.com
jglassberg@proskauer.com

     -- and --

Ismail Amin, Esq. (9343)
Marian L. Massey (14579)
5852 S. Durango Dr., Suite 105
Las Vegas, Nevada 89113
TALG, NV, Ltd.
Tel.: (702) 954-3861

1  Fax.: (949) 266-8406
   iamin@talglaw.com
2  mmassey@talglaw.com

3
   *Attorneys for Defendant WNBA, LLC*
4

5

6                                          **IT IS SO ORDERED:**

7                                          _____
8                                          UNITED STATES DISTRICT JUDGE

9
                                           DATED:  October 1, 2024
10