**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, NV 89109
Tel: (702) 577-3029
Fax: (702) 577-3029

**ERIN S. NORGAARD, ESQ.**
Washington Bar No. 32789
E-mail: enorgaard@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (806) 826-5360
Fax: (806) 826-5360
*Admitted Pro Hac Vice*

**ARTUR DAVIS, ESQ.**
Alabama Bar No. 3672D-56A
Email: adavis@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
2024 3rd Avenue North, Suite 212
Birmingham, AL 35203
Tel: (404) 220-9165
Fax: (404) 220-9165
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEARICA HAMBY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WNBA, LLC and LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES,<br><br>Defendants. | CASE NO.: 2:24-cv-01474-APG-DJA<br><br>**STIPULATION AND ORDER CONTINUING FRCP 26(f) CONFERENCE**<br><br>**(FIRST REQUEST)** |

Page **1** of **3**

1  Pursuant to LR IA 6-1, LR IA 6-2, and LR 26-1, Plaintiff Dearica Hamby ("Plaintiff"), Defendant WNBA, LLC, and Defendant LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES (collectively "Defendants" and together with Plaintiff "the Parties"), by and through their respective counsel of record, hereby request and stipulate to continue the deadline to meet and confer in compliance with Federal Rule of Civil Procedure 26(f) and LR 26-1. Pursuant to such rules, the Parties must conduct their Fed. R. Civ. P. 26(f) conference on or before October 11, 2024. The Parties request an extension of time to hold such conference on or before **November 15, 2024**.

Pending before the Court are the Defendants' respective Motions to Dismiss the Complaint. The Parties have stipulated to allow for additional time to complete briefing on such motions and have requested to have until October 16, 2024 for Plaintiff to file her Responses to Defendants' respective Motions to Dismiss and for Defendants to have until October 30, 2024 to file their respective Replies in support of their Motions. On October 1, 2024, the Court "so ordered" the Parties' Stipulation (Dkt. 26). Accordingly, in an effort to conserve the Parties' resources, the Parties request a continuation of the deadline to hold their conference in compliance with Fed. R. Civ. P. 26(f) until the pending Motions to Dismiss have been fully briefed.

This is the Parties' first request for an extension of time to continue their Fed. R. Civ. P. 26(f) conference and is not made for the purpose of delay.

Dated this 2nd day of October 2024.

**IT IS SO STIPULATED.**

| HKM EMPLOYMENT ATTORNEYS LLP | HOLLAND & HART LLP |
|---|---|
| /s/ *Dana Sniegocki* | /s/ *Dora V. Lane* |
| Dana Sniegocki, Esq. | Gregory S. Gilbert, Esq. (6310) |
| Nevada Bar No. 11715 | Dora V. Lane, Esq. (8424) |
| E-mail: dsniegocki@hkm.com | Erica C. Medley, Esq. (13959) |
| Erin S. Norgaard, Esq. | 9555 Hillwood Drive, 2nd Floor |

| | |
|---|---|
| 1  WA Bar No. 32789 (*Admitted Pro Hac Vice*)<br>   E-mail: enorgaard@hkm.com<br>2  Artur Davis, Esq.<br>   AL Bar No. 3672D-56A (*Admitted Pro Hac*<br>3  *Vice*)<br>   Email: adavis@hkm.com<br>4  101 Convention Center Dr., Suite 600<br>   Las Vegas, Nevada 89109<br>5  Tel: (702) 805-8340<br>   Fax: (702) 805-8340<br>6  *Attorney for Plaintiff* | Las Vegas, NV 89134<br>Phone: 702.669.4600<br>Fax: 702.669.4650<br>gsgilbert@hollandhart.com<br>dlane@hollandhart.com<br>ecmedley@hollandhart.com<br>*Attorneys for Defendant Las Vegas Basketball, L.P.* |

**PROSKAUER ROSE LLP**

*/s/ Michelle A. Annese*
Elise M. Bloom (*Admitted Pro Hac Vice*)
Michelle A. Annese (*Admitted Pro Hac Vice*)
Jordan B. Glassberg (*Admitted Pro Hac Vice*)
Eleven Times Square
New York, New York 10036-8299
Tel.: (212) 969-3000
Fax: (212) 969-2900
ebloom@proskauer.com
mannese@proskauer.com
jglassberg@proskauer.com
    -- and --
Ismail Amin, Esq. (9343)
Marian L. Massey (14579)
5852 S. Durango Dr., Suite 105
Las Vegas, Nevada 89113
TALG, NV, Ltd.
Tel.: (702) 954-3861
Fax.: (949) 266-8406
iamin@talglaw.com
mmassey@talglaw.com
*Attorneys for Defendant WNBA, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/3/2024

Page **3** of **3**