**TALG, NV, LTD.**
Ismail Amin (NV Bar No. 9343)
Marian L. Massey (NV Bar No. 14579)
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Telephone: (702) 954-3861
Fascimile:  (949) 266-8406
iamin@talglaw.com
mmassey@talglaw.com

**PROSKAUER ROSE LLP**
Elise M. Bloom (*admitted pro hac vice*)
Michelle A. Annese (*admitted pro hac vice*)
Jordan B. Glassberg (*admitted pro hac vice pending*)
Eleven Times Square
New York, New York 10036-8299
Tel.: (212) 969-3000
Fax: (212) 969-2900
ebloom@proskauer.com
mannese@proskauer.com
jglassberg@proskauer.com

*Attorneys for Defendant WNBA, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEARICA HAMBY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WNBA, LLC and LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES,<br><br>Defendants. | Case No.:  2:24-cv-01474-APG-DJA<br><br>**STIPULATON AND ORDER TO EXTEND TIME FOR DEFENDANTS' REPLIES TO MOTIONS TO DISMISS (ECF NO. 12 & 14) & RESPONSE TO PLAINTIFF'S COUNTERMOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (ECF NO. 32)**<br><br>**(THIRD REQUEST AS TO ECF NOS. 12, 14)**<br>**(FIRST REQUEST AS TO ECF NO. 32)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-2(b), Defendant WNBA, LLC ("WNBA") and Defendant LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES (collectively, "Defendants"), and Plaintiff DEARICA HAMBY ("Plaintiff"), by and through their respective counsel of record, hereby request and stipulate to an extension of time for Defendants to file their reply papers in

connection with their respective Motions to Dismiss (the "Motions") (ECF No. 12 & No. 14), which were filed on September 11, 2024, and for Defendant WNBA to file its opposition to Plaintiff's Countermotion For Leave To File A First Amended Complaint ("Countermotion for Leave") (ECF No. 32).

This Court previously granted Plaintiff two (2) two-week extensions to file responses to Defendants' pending motions, and granted Defendants an additional one-week extension to file their respective replies (ECF No. 24 & No. 26). Pursuant to the most recent order (ECF No. 26), Defendants' replies in connection with their Motions to Dismiss are due on **October 30, 2024**. Defendant WNBA's opposition to the Countermotion for Leave is also due on October 30, 2024.

Defendant WNBA requests a brief one-week extension **from October 30, 2024 through and including November 6, 2024**, to the foregoing deadlines to allow defense counsel adequate time to review and to prepare the two briefs that it must file: (i) its reply to Plaintiff's opposition to the Motion to Dismiss; and (ii) its opposition to the Countermotion for Leave.

Similarly, the Aces request a brief one-week extension to the reply deadline in connection with its Motion to Dismiss f**rom October 30, 2024 through and including November 6, 2024**, to allow counsel sufficient time to respond to the arguments raised in the Opposition and accommodate counsel's other professional commitments.

Accordingly, this request is made in good faith and not for the purpose of delay.

This is the third request for an extension of time to extend the briefing schedule regarding Defendants' respective Motions to Dismiss, and the first request for an extension of time to extend the briefing schedule regarding Plaintiff's Countermotion for Leave to File a First Amended Complaint.

**IT IS SO STIPULATED.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO ORDERED:

Dated: October 23, 2024

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED this 22nd day of October, 2024.

**TALG, NV, LTD.**

/s/ Ismail Amin
Ismail Amin, Esq. (NV Bar No. 9343)
Marian L. Massey, Esq. (NV Bar No. 14579)
5852 S. Durango Dr, Suite 105
Las Vegas, NV 89113
Tel.: (702) 954-3861
Fax: (949) 266-8406
iamin@talglaw.com
mmassey@talglaw.com

 -- and –

**PROSKAUER ROSE LLP**
Elise M. Bloom (*Admitted Pro Hac Vice*)
Michelle A. Annese (*Admitted Pro Hac Vice*)
Jordan B. Glassberg (*Admitted Pro Hac Vice*)
Eleven Times Square
New York, New York 10036-8299
Tel.: (212) 969-3000
Fax: (212) 969-2900
ebloom@proskauer.com
mannese@proskauer.com
jglassberg@proskauer.com
*Attorneys for Defendant WNBA, LLC*

DATED this 22nd day of October, 2024.

**HOLLAND & HART LLP**

/s/ Dora V. Lane
Gregory S. Gilbert, Esq. (NV Bar No. 6310)
Dora V. Lane, Esq. (NV Bar No. 8424)
Erica C. Medley, Esq. (NV Bar No. 13959)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
gsgilbert@hollandhart.com
dlane@hollandhart.com
ecmedley@hollandhart.com
*Attorneys for Defendant Las Vegas Basketball, L.P.*

DATED this 22nd day of October, 2024.

**HKM EMPLOYMENT ATTORNEYS LLP**

/s/ Dana Sniegocki
Dana Sniegocki, Esq. (NV Bar No. 11715)
Erin S. Norgaard, Esq. (*Admitted Pro Hac Vice*)
Artur Davis, Esq. (*Admitted Pro Hac Vice*)
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
dsniegocki@hkm.com
enorgaard@hkm.com
adavis@hkm.com
*Attorneys for Plaintiff*