Gregory S. Gilbert, Esq. (6310)
Dora V. Lane, Esq. (8424)
Erica C. Medley, Esq. (13959)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
gsgilbert@hollandhart.com
dlane@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendant Las Vegas Basketball, L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEARICA HAMBY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WNBA, LLC and LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES,<br><br>Defendants. | Case No.: 2:24-cv-01474-APG-DJA<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY AND REQUEST TO BE REMOVED FROM SERVICE LIST** |

BASED ON the Motion for Withdrawal of Attorney filed by Dora V. Lane, Esq. of Holland & Hart, LLP, and for good cause appearing;

IT IS HEREBY ORDERED that the motion for withdrawal of attorney (ECF No. 52) is GRANTED.

IT IS FURTHER ORDERED that Dora V. Lane, Esq., of Holland & Hart, LLP will be removed from this case as counsel of record for Defendant LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES, and shall be removed from all lists of attorneys associated with this case, including future pleadings, notices, orders and other documents and counsel's proofs of service.

/ / /

1  Gregory Gilbert and Erica Medley will continue to represent Defendant LAS VEGAS
2  BASKETBALL L.P. d/b/a LAS VEGAS ACES in the case.
3  DATED: 1/30/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE