**TALG, NV, LTD.**
Ismail Amin (NV Bar No. 9343)
Marian L. Massey (NV Bar No. 14579)
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Telephone: (702) 954-3861
Fascimile:  (949) 266-8406
iamin@talglaw.com
mmassey@talglaw.com
*Attorneys for Defendant WNBA, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DEARICA HAMBY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WNBA, LLC and LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES<br><br>Defendants. | Case No.: 2:24:cv-01474-APG-DJA<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY AND REQUEST TO BE REMOVED FROM THE SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b) and 11-2, Marian L. Massey of TALG, NV, Ltd. moves to withdraw from representation of Defendant WNBA, LLC ("WNBA") in the above-captioned matter. The reason for the Motion is the fact that, effective April 23, 2025, Marian L. Massey will no longer be associated with TALG, NV, Ltd.

This withdrawal will not result in the delay of this action as Ismail Amin, Esq. of TALG, NV, Ltd. will continue to represent the WNBA and act as the resident attorney for counsel that has been admitted *pro hac* vice.  LR IA-6(e), LR 11-2(2).

///

///

///

1
**MOTION TO WITHDRAW AS COUNSEL**

Thus, Marian L. Massey respectfully requests that she be withdrawn as counsel of record for the Aces in this case and be removed from the list of attorneys associated with the case, including future pleadings, notices, orders, and other documents and counsel's proofs of service.

DATED this 14th day of April, 2025.

                    **TALG, NV, LTD.**

                    */s/ Marian Massey*
                    Ismail Amin, Esq. (NV Bar No. 9343)
                    Marian L. Massey, Esq. (NV Bar No. 14579)
                    5852 S. Durango Dr, Suite 105
                    Las Vegas, NV 89113
                    Tel.: (702) 954-3861
                    Fax: (949) 266-8406
                    iamin@talglaw.com
                    mmassey@talglaw.com
                    *Attorneys for Defendant WNBA, LLC*

**IT IS SO ORDERED**.

DATED: 4/15/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I electronically filed a true and correct copy of **MOTION FOR WITHDRAWAL OF ATTORNEY AND REQUEST TO BE REMOVED FROM THE SERVICE LIST** with the Clerk of the Court using the CM/ECF system, which sent notification to the following counsel of record in this matter:

**Artur Davis, Esq**.
HKM Employment Attorneys LLP
2024 3rd Avenue N, Suite 212
Birmingham, AL 35203
Tel: 205-881-0935
adavis@hkm.com

**Dana Sniegocki, Esq.**
HKM Employment Attorneys LLP
101 Convention Center Drive, Suite 600
Las Vegas, NV 89109
Tel.: 702-623-7279
dsniegocki@hkm.com

**Erin S Norgaard, Esq.**
**HKM Employment Attorneys LLP**
**600 Stewart Street**
**Suite 901**
**Seattle, WA 98101**
**Tel.: 206-838-2504**
enorgaard@hkm.com

*Attorneys for Plaintiff Dearica Hamby*

                                                    */s/ Kavita Narh*
                                                    An employee of TALG, NV, Ltd.

**TALG, NV, LTD.**
Ismail Amin (NV Bar No. 9343)
Marian L. Massey (NV Bar No. 14579)
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Telephone: (702) 954-3861
Fascimile: (949) 266-8406
iamin@talglaw.com
mmassey@talglaw.com
*Attorneys for Defendant WNBA, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DEARICA HAMBY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WNBA, LLC and LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES<br><br>Defendants. | Case No.: 2:24:cv-01474-APG-DJA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY AND REQUEST TO BE REMOVED FROM THE SERVICE LIST** |

This Court, having considered the Motion for Withdrawal of Attorney and Request to be Removed from the Service List filed by Marian L. Massey, Esq. of TALG, NV, Ltd., and for good cause appearing;

IT IS HEREBY ORDERED that the Motion for Withdrawal of Attorney and Request to be Removed from the Service List is GRANTED.

IT IS FURTHER ORDERED that Marian L. Massey, Esq. of TALG, NV, Ltd. will be removed from this case as counsel of record for Defendant WNBA, LLC, and be removed from the list of attorneys associated with the case, including future pleadings, notices, orders, and other documents and counsel's proofs of service.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that Ismail Amin, Esq. of TALG, NV, Ltd. will continue to represent the WNBA and act as the resident attorney for counsel that has been admitted *pro hac* vice in this case. LR IA-6(e), LR 11-2(2).

**IT IS SO ORDERED.**

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE