Gregory S. Gilbert
Nevada Bar No. 6310
Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
gsgilbert@hollandhart.com
ecmedley@hollandhart.com

Maureen Witt
*Admitted Pro Hac Vice*
**HOLLAND & HART, LLP**
555 17th Street, Suite 3200
Denver, Colorado 80201
Phone: 303.290.1629
mwitt@hollandhart.com

*Attorneys for Defendant*
*Las Vegas Basketball L.P. d/b/a Las Vegas Aces*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEARICA HAMBY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WNBA, LLC and LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES,<br><br>Defendants. | Case No.: 2:24-cv-01474-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**(First Request)** |

WHEREAS the Court issued an Order (ECF No. 65), which among other things, granted Plaintiff, DEARICA HAMBY ("Hamby" or "Plaintiff") leave to file an amended complaint by June 6, 2026. ECF No. 65 at ¶ 15.

WHEREAS Plaintiff's counsel has stated that Plaintiff intends to file an amended complaint in accordance with ECF No. 65.

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES ("LV Aces" or "Defendant"), need not respond to Plaintiff's Complaint (ECF No. 1).

IT IS FURTHER STIPULATED AND AGREED that after the amended complaint is filed, Defendant will have 14 days to answer or otherwise respond to Plaintiff's first amended complaint. This is Defendant's first request to extend time to respond to Plaintiff's amended complaint.

DATED this 19th day of May 2025.

**HOLLAND & HART LLP**

*/s/ Gregory S. Gilbert*
Gregory S. Gilbert
Nevada Bar No. 6310
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Maureen Witt
*Admitted Pro Hac Vice*
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, Colorado 80201

*Attorneys for Defendant*
*Las Vegas Basketball L.P. d/b/a Las Vegas Aces*

DATED this 19th day of May 2025.

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Dana Sniegocki*
Dana Sniegocki, Esq. (NV Bar No. 11715)
Erin S. Norgaard, Esq. (Admitted Pro Hac Vice)
Artur Davis, Esq. (Admitted Pro Hac Vice)
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 577-3029
Fax: (702) 577-3029
dsniegocki@hkm.com
enorgaard@hkm.com
adavis@hkm.com

*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 5/20/2025

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2025, a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** was served by the following method(s):

☒ Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Dana Sniegocki, Esq.
HKM Employment Attorneys LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
E-mail: dsniegocki@hkm.com

Erin S. Norgaard, Esq.
HKM Employment Attorneys LLP
E-mail: enorgaard@hkm.com

Artur Davis, Esq.
HKM Employment Attorneys LLP
Email: adavis@hkm.com

*Attorneys for Plaintiff*

Ismail Amin, Esq.
Jaklin Guyumjyan, Esq.
TALG, NV, LTD.
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
iamin@talglaw.com
jguyumjyan@talglaw.com

Elise M. Bloom (*admitted pro hac vice*)
Michelle A. Annese (*admitted pro hac vice*)
Jordan B. Glassberg (*admitted pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
mannese@proskauer.com
jglassberg@proskauer.com

*Attorneys for Defendant WNBA, LLC*

/s/ Kristina R. Cole
An Employee of Holland & Hart LLP

34883760_v1