**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 577-3029
Fax: (702) 577-3029
**ERIN S. NORGAARD, ESQ.**
Washington State Bar No. 32789
E-mail: enorgaard@hkm.com
*Admitted Pro Hac Vice*
**ARTUR DAVIS, ESQ.**
Alabama Bar No. 3672D-56A
Email: adavis@hkm.com
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEARICA HAMBY, an Individual, | **CASE NO.: 2:24-cv-01474-APG-DJA** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WNBA, LLC and LAS VEGAS BASKETBALL L.P. d/b/a LAS VEGAS ACES, | |
| Defendant. | |

   Plaintiff, DEARICA HAMBY, and Defendant, LAS VEGAS BASKETBALL L.P., by and through their attorneys of records, hereby submit the following stipulation:

///

///

///

///

The parties to this action have resolved this matter and agree to dismiss this action in its entirety with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 11th day of December, 2025

| HKM EMPLOYMENT ATTORNEYS, LLP | HOLLAND & HART LLP |
|---|---|
| By:  /s/ Dana Sniegocki<br>**DANA SNIEGOCKI, ESQ.**<br>Nevada Bar No. 11715<br>E-mail: dsniegocki@hkm.com<br>101 Convention Center Drive, Suite 600<br>Las Vegas, Nevada 89109<br>Tel: (702) 577-3029<br>Fax: (702) 577-3029<br>**ERIN S. NORGAARD, ESQ.**<br>Washington State Bar No. 32789<br>E-mail: enorgaard@hkm.com<br>*Admitted Pro Hac Vice*<br>**ARTUR DAVIS, ESQ.**<br>Alabama Bar No. 3672D-56A<br>Email: adavis@hkm.com<br>*Admitted Pro Hac Vice*<br>*Attorneys for Plaintiff* | /s/  Gregory S. Gilbert<br>**GREGORY S. GILBERT, ESQ.**<br>Nevada Bar No. 6310<br>E-mail: gsgilbert@hollandhart.com<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>**MAUREEN WITT, ESQ.**<br>Colorado Bar No. 10665<br>E-mail: mwitt@hollandhart.com<br>*Admitted Pro Hac Vice*<br>**LAURENE ROGERS, ESQ.**<br>Colorado Bar No. 58530<br>E-mail: lsrogers@hollandhart.com<br>Admitted Pro Hac Vice<br>*Attorneys for Defendant*<br>*Las Vegas Basketball L.P. d/b/a Las* |

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated:       December 12, 2025